UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **22-MJ-1392**          DATE: **8/31/2022**          TAPE NUMBER: **LCR-ROSWELL**

CLERK**: KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Nicole Sena** |  | ☐ | ☐ |

Interpreter: -   N/A
Pretrial Officer present: None
Court in Session:   **2:45 P.M. to 3:00 P.M. (15 MINS)**

☒    Defendant was given/read a copy of charging document

☐    Agent sworn in OPEN COURT

☒    Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒    Court advises defendant(s) of possible penalties

☒    Court advises defendant(s) of all constitutional rights

☐    ORAL Motion for detention Hearing by Government

☐    Court grants Government's ☐   Defense ☐    oral motion to continue detention hearing

☐    Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒    Defendant(s) in custody

☐    Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐    Conditions of Release set at:

☒    Other**: PRELIMINARY/DETENTION HEARING IN LAS CRUCES ON TUESDAY, SEPTEMBER 6th, AT 9:00 A.M. BEFORE JUDGE SWEAZEA.**